IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv187

| | | |
|---|---|---|
| HARRY LEE DAWSON and<br>RITA DAWSON,<br><br>Plaintiffs,<br><br>v.<br><br>A PLACE AT THE BEACH LLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

Pending before the Court is the Motion to Change Venue [# 2]. Plaintiffs brought this action in the Ashville Division of the United States District Court for the Western District of North Carolina. Plaintiffs now move to transfer this case to the Charlotte Division of the United States District Court for the Western District of North Carolina. Plaintiffs contend that they inadvertently filed their Complaint in the Asheville Division rather than the Charlotte Division. Defendant has not filed an answer in this case and did not respond to the motion. Upon a review of the Complaint and the motion, it appears to the Court that this case was in fact inadvertently filed in the Asheville Division and venue is not proper in this Court. Although the Court has some concern as to whether this case should have been

-1-

brought in the United States District Court for the Eastern District of North Carolina, this issue is not before the Court. Upon a review of the Complaint and Plaintiff's unopposed motion, the Court **GRANTS** motion [# 2] and **DIRECTS** the Clerk to **TRANSFER** this case to the Charlotte Division.

Signed: October 30, 2015

Dennis L. Howell
United States Magistrate Judge