# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00528-RJC-DSC

| | |
|---|---|
| HARRY LEE DAWSON, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| A PLACE AT THE BEACH, LLC, et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Unopposed Motion to Substitute Party Defendant" (document # 12) filed May 18, 2016. For the reasons stated therein, the Motion is granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: May 19, 2016

David S. Cayer
United States Magistrate Judge